**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jeffrey S. Mayer,                                Case No. 3:18CV2235

         Plaintiff

         v.                                      **JUDGMENT ENTRY**

Commissioner of Social Security,

         Defendant

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. Mayer's objections to the Magistrate Judge's Report and Recommendation (Doc. 18) be, and the same hereby are, overruled.

2. The Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby is, adopted as the order of the court.

3. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

                                                       /s/ James G. Carr
                                                       Sr. U.S. District Judge